UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-20498-CR-SEITZ/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE ALBERTO AVILA,

    Defendant.
    _____/

### REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE was before the undersigned Magistrate Judge pursuant to the Order of Reference from the Honorable Patricia A. Seitz, United States District Judge, to conduct a proceeding for acceptance of a guilty plea by Defendant JOSE ALBERTO AVILA (DE # 15).  Based upon the change of plea hearing conducted on August 29, 2012, this Court makes the following findings and recommends that the guilty plea be accepted.

    1.    On August 29, 2012, this Court convened a hearing to permit the Defendant to enter a change of plea in the aforementioned matter.  At the outset of the hearing, this Court advised the Defendant of his right to have these proceedings conducted by the District Judge assigned to the case.  Further, this Court advised the Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the request of the Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to this case.  This Court further advised the Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the Defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2. This Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could request that the change of plea hearing be conducted only by a United States District Judge. The Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is no plea agreement. The Defendant entered a plea of guilty to all four counts of the Indictment, which charge, in substance, that between May 8, 2012 and June 5, 2012, the Defendant conspired to violate 18 U.S.C. § 1029(a), which makes it a crime to produce, use, or traffic in unauthorized and counterfeit access devices, in violation of 18 U.S.C. § 1029(b) (Count 1); used and trafficked in one or more unauthorized access devices, that is, credit card account numbers, and obtained something of value which was worth $1,000.00 or more, in violation of 18 U.S.C. § 1029(a)(2) (Count 2); used one or more counterfeit access devices, with intent to defraud, in violation of 18 U.S.C. § 1029(a)(1) (Count 3); and, knowingly embezzled, stole or converted money of the United States, that is, the U.S. General Services Administration credit card funds, the aggregate amount of which exceeded $1,000.00, in violation of 18 U.S.C. § 641 (Count 4) (DE # 7).

5. To set forth the factual basis for the entry of the plea, the Government prepared a written factual proffer, which was read into the record, and set forth all of the essential elements of the crimes to which the Defendant is pleading guilty (DE # 21). The Defendant acknowledged that the factual proffer was accurate.

6. The Court advised the Defendant of the maximum potential sentence faced by the Defendant as to Count 1 is a period of incarceration of up to five years; a term of supervised release of up to three years; a $250,000.00 fine; a $100.00 special assessment; restitution and, forfeiture of the proceeds of the offense; and as to each of Counts 2, 3, and 4, a period of incarceration of up to ten years; a term of supervised release of up to three years; a $250,000.00 fine; a $100.00 special assessment; restitution and, forfeiture of the proceeds of the offense. The Defendant was advised that he would not be permitted to withdraw his plea of guilty based upon the guideline range that applies to this case, or the actual sentence imposed by the District Court, even if it differs from what he expected, or what his lawyer predicted.

7. Based upon all of the foregoing and the plea colloquy conducted by this Court, the undersigned finds that the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and the consequences of the plea, and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses. Therefore, this Court recommends that the Defendant be found to have freely and voluntarily entered his guilty plea to Counts 1 2, 3 and 4 of the Indictment, as more particularly described herein, and that the Defendant be adjudicated guilty of those offenses.

8. A pre-sentence investigation is being prepared for the District Court by the United States Probation Office and sentencing has been set for November 15, 2012 at 8:30 a.m. before the Honorable Patricia A. Seitz, United States District Judge for the Southern District of Florida. The Defendant remains in custody pending sentencing.

Therefore, it is hereby

**RECOMMENDED** that Defendant JOSE ALBERTO AVILA'S plea of guilty be accepted, that the Defendant be adjudicated guilty of the offenses to which he has entered his plea of guilty and that a sentencing hearing be conducted for final disposition of this matter.

The parties will have fourteen days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge to whom this case is assigned. Failure to file objections timely shall bar the parties from attacking on appeal any factual findings contained herein. *LoConte v. Dugger*, 847 F.2d 745 (11th Cir. 1988); *Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND SUBMITTED** in Miami, Florida, on September 19, 2012.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF:
Patricia A. Seitz, U.S. District Judge
All Counsel of Record
U. S. Probation Office